

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00508-CV

DISA & DIYA, INC.; NILESH JAYSWAL; ANJANA JAYSWAL; AND BIPIN JAYSWAL

APPELLANTS

V.

VIMALBHAI PATEL

APPELLEE

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  February 21, 2013